

The following constitutes
the order of the court. Signed April 30, 2018

_Charles Novack_
**Charles Novack**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>OLASHENI NICHOLAS AGBABIAKA,<br>Debtor. | Case No. 14-42658 CN<br>Chapter 13 |
| ROBERT SCHABERT,<br>Plaintiff,<br>vs.<br>OLASHENI NICHOLAS AGBABIAKA,<br>Defendant. | Adversary No. 17-4003 CN<br>**MEMORANDUM DECISION ON INTEREST CALCULATION** |

On August 7, 2017, the court granted Plaintiff's motion for a default judgment in this adversary proceeding and ordered Plaintiff's counsel to file supplemental authorities in support of Plaintiff's interest calculation. Although Plaintiff's interest calculation was largely accurate, the circumstances of this case do not suggest that compound prejudgment interest is warranted. Some California authorities appear to approve of compound prejudgment interest awards on fraud claims, but Plaintiff has not identified caselaw that requires the court to award compound prejudgment interest, and the court declines to do so as a matter of discretion. *See In re Beverly,* 2010 Bankr. LEXIS 230, 7-12 (Bankr. C.D. Cal. 2010).

Additionally, Exhibit B to the complaint shows that the Alameda County Superior Court

awarded Plaintiff prejudgment interest of $2,527.40. Prejudgment interest is therefore limited to this amount in the nondischargeable judgment. For the purposes of this default judgment under Bankruptcy Code §523(a)(2), the state court judgment determined the amount of nondischargeable interest that accrued before August 9, 2005. The postjudgment interest rate under California law determines the amount of nondischargeable interest on the debt after that date. *See Elite of Los Angeles, Inc. V. Hamilton*, BAP No. SC-17-1126-FBL and SC-17-1223 (related), 20 (Bankr. 9th Cir. 2018)(Holding that Bankruptcy Code §523(a)(6) "permits the court to determine whether a debt is dischargeable. It does not permit the court to relieve the debtor of some of the interest that is an integral part of a nondischargeable debt or to adjust the amount of a debt determined by a valid prepetition state court judgment [...]"). As of the date of this order, interest on the judgment (excluding the prejudgment interest award of $2,527.40) will accrue at the appropriate rate under California law. *See* Cal. Code of Civ. P. §685.010, *Elite of Los Angeles, Inc. V. Hamilton*, *supra,* at 20.

**\* \* \* END OF ORDER \* \* \***

Adversary No. 17-4003

**COURT SERVICE LIST**

Olasheni Nicholas Agbabiaka
1210 Rumrill Blvd.
San Pablo, CA 94806


Anthony Ian Danielson
Danielson Kim Law Group, P.C.
4110 Truxel Rd. #150
Sacramento, CA 95834


Other recipients are ECF participants